UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEVEN J. LEON, individually and on behalf of all others similarly situated | * * * | Civil Action No.: 15-3454 |
| Plaintiff, | * * | Section: "I" |
| vs. | * * | Mag. Judge Michael North |
| BLUE BELL CREAMERIES, INC. | * * | |
| Defendant. | * | Hon. Lance M. Africk, Judge |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Steven J. Leon, who respectfully moves this Honorable Court for a dismissal of the above entitled and numbered cause dismissing all claims of Plaintiff, Steven J. Leon, against Defendant, Blue Bell Creameries, Inc., with each party to bear its own costs. Defendant, Blue Bell Creameries, Inc., has been contacted and has advised that it has no objection to this dismissal with prejudice.

WHEREFORE, Plaintiff, Steven J. Leon, prays that this case be dismissed, with prejudice, against Defendant, Blue Bell Creameries, Inc., with each party bearings its own costs.

Respectfully submitted:

BOHRER BRADY, LLC

By: /s/ Philip Bohrer
Philip Bohrer (Bar Roll #14089)
Scott E. Brady (Bar Roll #24976)
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
Email: phil@bohrerbrady.com
Email: scott@bohrerbrady.com

-and-

PENDLEY, BAUDIN & COFFIN
Stan P. Baudin (La. Bar Roll No. 22937)
24110 Eden Street
Plaquemine, Louisiana 70764
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: sbaudin@pbclawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana this 18th day of March, 2016.

s/Philip Bohrer
Philip Bohrer