## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**STEVEN J. LEON**                                      **CIVIL ACTION**

**VERSUS**                                                    **NO. 15-3454**

**BLUE BELL CREAMERIES, INC.**                **SECTION I**

### ORDER OF DISMISSAL

Considering the unopposed motion[1] filed by plaintiff, Steven J. Leon, to dismiss his claims

against defendant, Blue Bell Creameries, Inc., with prejudice,

**IT IS ORDERED** that the motion is **GRANTED** and that the above-captioned matter is

**DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, March 21, 2016.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 26.

1